# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. ACTION NO. 4:19-mc-99 |
| | § | |
| TIMOTHY B. WHITCHURCH, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 12, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #7) that Defendant Timothy B. Whitchurch be ordered to fully comply with the summons issued to and served on him and to appear at the offices of the Internal Revenue Service, 5450 Stratum Dr., Suite 150, Fort Worth, Texas 76137, to meet with IRS Revenue Officer Nellie K. Allen or her designated agent, to comply with the summons and to produce the testimony and records described in the summonses.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the Court **ORDERS** that Timothy B. Whitchurch fully comply with the summons issued to and served on him and to appear on January 7, 2020, at 10:00 a.m., at the offices of the Internal Revenue Service as set forth above.

**IT IS SO ORDERED**.

**SIGNED this 2nd day of January, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE